1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JARED ANTHONY MARTIN,

Case No.  1:22-cv-00560-DAD-HBK

12 Plaintiff,

ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION TO PROCEED *IN*
13 v.

*FORMA PAUPERIS* AND DIRECTING
PLAINTIFF TO FILE AMENDED
14 TYSON J. POGUE, ET. AL.,

APPLICATION OR PAY FILING
FEE WITHIN 30 DAYS
15 Defendants.

16

(Doc. No.  2)

17          Plaintiff Jared Anthony Martin initiated this action by filing a pro se civil rights complaint

18 under 42 U.S.C. § 1983 on May 10, 2022 while detained in the Madera County Jail.  (Doc. No.

19 1).  Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc.

20 No. 2, IFP motion).  Plaintiff's IFP application does not comply with § 1915(a)(1)(2).

21 Specifically, in addition to filing an affidavit of indigency, a prisoner "shall submit a certified

22 copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-

23 month period immediately proceeding the filing of the complaint . . . obtained from the

24 appropriate official of each prison at which the prisoner is or was confined."  *Id.*  Here, the

25 "Certification" potion of Plaintiff's IFP application is not completed by an authorized official.

26 (See Doc. No. 2 at 2).

27          Accordingly, it is **ORDERED**:

28          1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without

1    prejudice to Plaintiff submitting a completed application.

2         2.   The Clerk is directed to mail Plaintiff a new application to proceed *in forma pauperis*.

3         3.   Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the

4    attached application to proceed *in forma pauperis* in its entirety with an authorized correctional

5    official completing the "Certification" section of the application, or by filing a prison trust

6    account statement reflecting the 6 months of transactions preceding the filing of the complaint; or

7    (2) pay the $402.00 filing fee for this action.

8         4.   Absent good cause, the Court will not grant any motions for extension of time.

9         5.   Failure to comply with this order will result in the recommendation that this action be

10   dismissed for failure to prosecute and/or comply with the court's orders.

11

12   Dated:   July 12, 2022

13                                    HELENA M. BARCH-KUCHTA
                                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2