UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYSON J. POGUE, FNU MENDOZA, N. FLORES, FNU GUZMAN,<br><br>　　　　Defendants. | Case No.  1:22-cv-00560-DAD-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE MADERA COUNTY SHERIFF<br><br>(Doc. Nos.  7, 8) |

　　　　Plaintiff—a prisoner[1]—initiated this action on May 10, 2022, by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  After the Court ordered Plaintiff to file a complete motion to proceed *in forma pauperis*, Plaintiff filed two motions to proceed *in forma pauperis*, including a copy of his prison trust fund statement in support of his first motion.[2]  (Doc. Nos. 7, 8).

---

[1] It appears Plaintiff may be temporarily held at the county jail, so the Court presumes he is a prisoner and not a county jail detainee at this time. For purposes of this order, his status is irrelevant.

[2] The Court notes that Plaintiff has initiated approximately 24 other federal civil actions in the federal courts.  A pacer search reveals approximately 7 of these actions were habeas corpus petitions.  More recently, starting in January 2022, Plaintiff has filed approximately 18 prisoner civil rights actions under 42 U.S.C. § 1983 in the Eastern District of California.  He has only voluntarily dismissed one case pending at 1:22-cv-00681-AWI-EPG (E.D. Cal. 2022) following the court's screening order.

Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Madera County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

According, it is **ORDERED**:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 7) is **GRANTED** and his subsequent incomplete motion to proceed *in forma pauperis* (Doc. No. 8) is **MOOT**.

2. **Pursuant to 28 U.S.C. § 1915 (b)(1) the Madera County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 7) on the Madera County Sheriff at 2725 Falcon Drive Madera, California 93637.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated:   August 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE